DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLEN AGUIAR,**
Appellant,

v.

**WILLIAM NATBONY,** as Trustee of the Thomas Kaplan 2004 Annuity
Family Trust, which is the successor to the Thomas Kaplan 2004 Ten-
Year Grantor Retained Annuity Trust,
**ADRIANA AGUIAR,** and **JANNAI AGUIAR,**
Appellees.

No. 4D17-3816

[June 28, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Mark A. Speiser, Judge; L.T. Case No.
PR-C-16-0001647.

Scott A. Weiss and R. Daniel Sirosi of Scott A. Weiss, P.A., Fort
Lauderdale, for appellant.

Mindy Lee Pallot and Brian J. Stack of Stack Fernandez & Harris, P.A.,
Miami, for appellee William Natbony, as Trustee, etc.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***